IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD RODGERS,   No. CIV S-08-0686-MCE-CMK-P

    Plaintiff,

  vs.   ORDER

JOHN OLIVA, et al.,

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's complaint (Doc. 1), filed on March 24, 2008. The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a).

        Plaintiff claims that during his transport between Folsom State Prison and San Quentin State Prison, he was forced by defendant Oliva to sit in a holding cage on a bus. Plaintiff indicates that he informed defendant Oliva that he had an condition in his left knee which made it painful for him to bend his leg and was unable to sit in such a cage. He claims that defendant Oliva refused to accommodate him in deliberate indifference to a serious medical condition, and that he was made to suffer severe pain unnecessarily.

1    The complaint appears to state a cognizable claim for relief pursuant to 42 U.S.C.
2 § 1983 and 28 U.S.C. § 1915A(b).  If the allegations are proven, plaintiff has a reasonable
3 opportunity to prevail on the merits of this action.  The court, therefore, finds that service is
4 appropriate and will direct service by the U.S. Marshal without pre-payment of costs.  Plaintiff is
5 informed, however, that this action cannot proceed further until plaintiff complies with this order.
6 Plaintiff is warned that failure to comply with this order may result in dismissal of the action.
7 See Local Rule 11-110.
8    Accordingly, IT IS HEREBY ORDERED that:
9    1.    The court authorizes service on defendant Oliva;
10   2.    The Clerk of the Court shall send plaintiff one USM-285 form, one
11 summons, an instruction sheet, and a copy of the complaint filed March 24, 2008; and
12   3.    Within 30 days of the date of service of this order, plaintiff shall complete
13 the attached Notice of Submission of Documents and submit the following documents to the
14 court:
15       a.    The completed Notice of Submission of Documents;
16       b.    One completed summons;
17       c.    One completed USM-285 form(s); and
18       d.    Two copies of the endorsed complaint filed March 24, 2008.

DATED:  July 2, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD RODGERS, | No. CIV S-08-0686-MCE-CMK-P |
|     Plaintiff, | |
|     vs. | ORDER |
| JOHN OLIVA, et al., | |
|     Defendants. | |
| _____/ | |

NOTICE OF SUBMISSION OF DOCUMENTS

Plaintiff hereby submits the following documents in compliance with the court's order:

    __1__    completed summons form;

    ____    completed USM-285 form(s); and

    ____    copies of the complaint filed on March 24, 2008.

DATED: _____        _____

                                                                                           Plaintiff