IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD RODGERS,  No. CIV S-08-0686-MCE-CMK-P

    Plaintiff,

  vs.  <u>ORDER</u>

JOHN OLIVA, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

    On June 1, 2009, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  No objections to the findings and recommendations have been filed.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1.    The findings and recommendations filed June 1, 2009, are adopted in full;

1

  2. Defendant's motion to dismiss (Doc. 13) is granted;

  3. Defendant Oliva is dismissed from this action with prejudice;

  4. Plaintiff's complaint is dismissed with leave to amend; and

  5. Plaintiff shall file an amended complaint naming the individual actually involved in the alleged incident within 30 days from the date of this order.

Dated: July 28, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE